**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| Ward Scott Jolley, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )      No. 1:07-CV-0533-RLY-JMS |
| | ) |
| GC Services Limited Partnership, a | ) |
| Delaware limited liability partnership, | ) |
| | ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL**

Plaintiff, Ward Scott Jolley, having reached a settlement with Defendant, hereby

stipulates to the dismissal of this lawsuit with prejudice.

Dated: August 21, 2007

One of Plaintiff's Attorneys

/s/  David  J. Philipps
David J. Philipps  (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60457
(708) 974-2900
(708) 974-2907 (FAX)

The foregoing stipulation is hereby approved and this action is hereby dismissed with
prejudice.

ENTERED:

DATED:  08/27/2007

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2007, a copy of the foregoing **Stipulation of Dismissal** was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

David M. Schultz                          dschultz@hinshawlaw.com
Todd P. Stelter                           tstelter@hinshawlaw.com
Hinshaw & Culbertson, LLP
222 North LaSalle Street
Suite 300
Chicago, Illinois 60601


/s/ David J. Philipps_____

David J. Philipps
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com